# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NERI,<br><br>Defendant. | Case No. 1:23-cr-00115-ADA-BAM-12<br><br>ORDER DENYING MOTION FOR BAIL REVIEW WITHOUT PREJUDICE<br><br>(ECF No. 195) |

On October 2, 2023, Defendant Michael Neri, filed what is entitled a motion for bail review. (ECF No. 195.) Defendant moves for an order modifying the terms and conditions of pre-trial confinement to allow him to be released to the Jericho Project in Brisbane, California. The motion was not properly filed as a noticed motion in the CM/ECF system.

Accordingly, IT IS HEREBY ORDERED that the motion is DENIED without prejudice to the refiling of the motion as a proper noticed motion.

IT IS SO ORDERED.

Dated:   **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE

1