PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NERI, AKA "CHORRO",<br><br>Defendant. | CASE NO. 1:23-CR-00115-NODJ-BAM<br><br>STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status conference on May 28, 2025.

2. By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on February 10, 2025.

3. No exclusion of time is required as time was previously excluded up to and including May 28, 2025.

IT IS SO STIPULATED.

Dated: January 7, 2025                              PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ ANTONIO J. PATACA
                                                    ANTONIO J. PATACA
                                                    Assistant United States Attorney

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

| | |
|---|---|
| Dated: January 7, 2025 | /s/ DANIEL L. HARRALSON<br>DANIEL L. HARRALSON<br>Counsel for Defendant<br>Michael Neri |

## **ORDER**

IT IS SO ORDERED that the status conference set for May 28, 2025, is vacated. A change of plea hearing is set for **February 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time was previously excluded through May 28, 2025.

IT IS SO ORDERED.

Dated:   **January 13, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

2