MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-TLN-BAM |
| Plaintiff, | STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |
| v. | |
| MICHAEL NERI, a/k/a "Chorro", | |
| Defendant. | |

**STIPULATION**

1.  By previous order, this matter was set for sentencing on June 2, 2025.

2.  By this stipulation, the parties now move to continue the sentencing hearing until **November 17, 2025, at 9:30 a.m., in Courtroom 5.** No exclusion of time is necessary. Counsel for both parties require additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: April 28, 2025                     MICHELE BECKWITH
                                          Acting United States Attorney

                                          /s/ ANTONIO J. PATACA
                                          ANTONIO J. PATACA
                                          Assistant United States Attorney

1

Dated: April 28, 2025

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for Defendant
Michael Neri

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 28, 2025

_____
Troy L. Nunley
Chief United States District Judge