ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL NERI,<br><br>            Defendant. | CASE NO. 1:23-CR-00115-TLN-BAM<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for sentencing on November 17, 2025.

2. By this stipulation, the parties now move to continue the sentencing hearing until **February 9, 2026, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.** No exclusion of time is necessary. Counsel for both parties require additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: November 12, 2025        ERIC GRANT
                                United States Attorney

                                /s/ ANTONIO J. PATACA
                                ANTONIO J. PATACA
                                Assistant United States Attorney

1

Dated: November 12, 2025

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for Defendant
Michael Neri

**ORDER**

IT IS SO FOUND AND ORDERED.

DATED: November 12, 2025

_____
Troy L. Nunley
Chief United States District Judge