ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-MWJS-EPG |
| Plaintiff, | STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |
| v. | |
| MICHAEL NERI, | |
| Defendant. | |

**STIPULATION**

1.    By previous order, this matter was set for sentencing on February 9, 2026.

2.    By this stipulation, the parties now move to continue the sentencing hearing until June 15, 2026. No exclusion of time is necessary.  Counsel for both parties require additional time to prepare for sentencing.


IT IS SO STIPULATED.


Dated:  January 29, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney


1

Dated:  January 29, 2026

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for Defendant
Michael Neri

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from February 9, 2026, to **June 15, 2026, at 10:00 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:    **January 30, 2026**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

3